COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:  *Spencer & Associates, P.C. d/b/a The Spencer Law Firm v. Stephen Harper, Vicki Harper, and ZO Energy, Inc.*

Appellate case number:  01-18-00314-CV

Trial court case number:  2016-88479

Trial court:  189th District Court of Harris County

Date motion filed:  September 1, 2020

Party filing motion:  Appellees

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
☐ Acting Individually ☒ Acting for the Court

En Banc Court consists of: Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.

Date: October 8, 2020